Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 10/21/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART STUDY CO., LTD., *Plaintiff* <br><br> v. <br><br> 08ZHANGXIAOQIN, *et al*, *Defendants* | **CIVIL ACTION No.** <br> **1: 19-cv-7729 (JGK)** |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant YUZhou Star in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: October 15, 2019                                    Respectfully submitted,

                                           **EPSTEIN DRANGEL LLP**

BY: _____
             Brieanne Scully (BS 3711)
             bscully@ipcounselors.com
             EPSTEIN DRANGEL LLP
             60 East 42nd Street, Suite 2520
             New York, NY 10165
             Telephone:   (212) 292-5390
             Facsimile:    (212) 292-5391
             *Attorneys for Plaintiff*
             *Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on ___10/19___ 2019.

                                         _____
                                         Judge John G. Koeltl
                                         United States District Judge