Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:     (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART STUDY CO., LTD.,<br>*Plaintiff*<br><br>v.<br><br>08ZHANGXIAOQIN, *et al*,<br>*Defendants* | **CIVIL ACTION No.**<br>**1: 19-cv-7729 (JGK)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants wangjiaoo1 and zenghongnvzhuang in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: November 13, 2019                         Respectfully submitted,

                                        **EPSTEIN DRANGEL LLP**


BY: 

                   Danielle S. Yamali (DY 4228)
                   dfutterman@ipcounselors.com
                   EPSTEIN DRANGEL LLP
                   60 East 42nd Street, Suite 2520
                   New York, NY 10165
                   Telephone:    (212) 292-5390
                   Facsimile:    (212) 292-5391
                   *Attorneys for Plaintiff*
                   *Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.


                   _____
                   Judge John G. Koeltl
                   United States District Judge

2