Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff
Smart Study Co., Ltd.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __11-15-19__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART STUDY CO., LTD., *Plaintiff* v. 08ZHANGXIAOQIN, *et al. Defendants* | CIVIL ACTION No. 1: 19-cv-7729 (JGK) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant 15057206302@163.com, Derm co. ltd., hallerail, qiansam and shineW in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: November 14, 2019                               Respectfully submitted,

                                        EPSTEIN DRANGEL LLP

                                   BY:  _____
                                        Brieanne Scully (BS 3711)
                                        bscully@ipcounselors.com
                                        EPSTEIN DRANGEL LLP
                                        60 East 42nd Street, Suite 2520
                                        New York, NY 10165
                                        Telephone:  (212) 292-5390
                                        Facsimile:  (212) 292-5391
                                        *Attorneys for Plaintiff*
                                        *Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on _____11/14_____, 2019.

_____
Judge John G. Koeltl
United States District Judge

2