Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART STUDY CO., LTD.,<br>*Plaintiff*<br><br>v.<br><br>08ZHANGXIAOQIN, *et al*,<br>*Defendants* | CIVIL ACTION No.<br>1: 19-cv-7729 (JGK) |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant ezve pwoe shop in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: November 15, 2019                                          Respectfully submitted,

                                                       **EPSTEIN DRANGEL LLP**

                                       BY: _____
                                                      Brieanne Scully (BS 3711)
                                                      bscully@ipcounselors.com
                                                      EPSTEIN DRANGEL LLP
                                                      60 East 42nd Street, Suite 2520
                                                      New York, NY 10165
                                                      Telephone:   (212) 292-5390
                                                      Facsimile:    (212) 292-5391
                                                      *Attorneys for Plaintiff*
                                                      *Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on _____ ___, 2019.


                                                _____
                                                Judge John G. Koeltl
                                                United States District Judge