Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-18-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART STUDY CO., LTD., <br> *Plaintiff* <br><br> v. <br><br> 08ZHANGXIAOQIN, *et al*, <br> *Defendants* | **CIVIL ACTION No.** <br> **1: 19-cv-7729 (JGK)** |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant ezve pwoe shop in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1


Case 1:19-cv-07729-JGK Document 37 Filed 11/18/19 Page 2 of 2
Case 1:19-cv-07729-JGK Document 36 Filed 11/15/19 Page 2 of 2

Dated: November 15, 2019 Respectfully submitted,

EPSTEIN DRANGEL LLP

BY: _____
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on ____11/18____, 2019.

_____
Judge John G. Koeltl
United States District Judge

2