Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: ___ 11/22/19 ___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART STUDY CO., LTD.,<br>*Plaintiff*<br><br>v.<br><br>08ZHANGXIAOQIN, *et al*,<br>*Defendants* | **CIVIL ACTION No.**<br>**1: 19-cv-7729 (JGK)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants A lot of orders, aijuanjuan, Gums mi, hanfengguodu, Incredible Store, jameshop1, MISSGU, treasure657, tututongzhuang and yuguanggaofig, Qinmu, Wenzhou Jiangnan Leather Factory and ycl0228 in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: November 21, 2019                        Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY:

Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on _____ 11/21 , 2019.

Judge John G. Koeltl
United States District Judge

2