Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-27-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SMART STUDY CO., LTD., *Plaintiff* v. 08ZHANGXIAOQIN, *et al*, *Defendants* | **CIVIL ACTION No.** **1: 19-cv-7729 (JGK)** |

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants 15346135858, Langwei Garment Co., LTD and lyjailt in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: November 26, 2019                                    Respectfully submitted,

                                                    **EPSTEIN DRANGEL LLP**

                                        BY: _____
                                            Brieanne Scully (BS-3711)
                                            bscully@ipcounselors.com
                                            EPSTEIN DRANGEL LLP
                                            60 East 42nd Street, Suite 2520
                                            New York, NY 10165
                                            Telephone:   (212) 292-5390
                                            Facsimile:   (212) 292-5391
                                            *Attorneys for Plaintiff*
                                            *Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on _____10_/_26_, 2019.

                              _____
                              Judge John G. Koeltl
                              United States District Judge

2