Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11-27-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SMART STUDY CO., LTD.,
*Plaintiff*

v.

08ZHANGXIAOQIN, *et al.*
*Defendants*

CIVIL ACTION No.
1: 19-cv-7729 (JGK)

## NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants Fashion is the bus, Green Bamboo Grove Hotel Articles, LiangCCCCCCCChaoooOOooWei, NANHAI666, ShierlyPH and Young Girls and mascots in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

1

Dated: November 25, 2019                                    Respectfully submitted,

                                                  EPSTEIN DRANGEL LLP

                                            BY:   _____
                                                  Brieanne Scully (BS 3711)
                                                  bscully@ipcounselors.com
                                                  EPSTEIN DRANGEL LLP
                                                  60 East 42nd Street, Suite 2520
                                                  New York, NY 10165
                                                  Telephone:   (212) 292-5390
                                                  Facsimile:   (212) 292-5391
                                                  *Attorneys for Plaintiff*
                                                  *Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on ___11/26___, 2019.

                                    _____
                                    Judge John G. Koeltl
                                    United States District Judge