Case 1:19-cv-07729-JGK Document 41 Filed 11/26/19 Page 1 of 2

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Danielle S. Yamali (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SMART STUDY CO., LTD.,
*Plaintiff*

v.

08ZHANGXIAOQIN, *et al.*
*Defendants*

**CIVIL ACTION No.**
**1: 19-cv-7729 (JGK)**

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Smart Study Co., Ltd. ("Smart Study" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendants 15346135858, Langwei Garment Co., LTD and lyjailt in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: November 26, 2019

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: ______________________

Brieanne Scully (BS-3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Smart Study Co., Ltd.*

**It is so ORDERED.**

Signed at New York, NY on 11/27, 2019.

______________________

Judge John G. Koeltl
United States District Judge